IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| VINCENT EHRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-3053 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

SUE E. MYERSCOUGH, U.S. District Judge:

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Byron G. Cudmore (d/e 14).  Judge Cudmore recommends that this Court affirm the decision of the Commissioner of Social Security.  The Commissioner determined that Plaintiff Vincent Elrich was not disabled and, therefore, denied Plaintiff's application for Social Security Disability Insurance Benefits.

Objections to the Report and Recommendation were due on or before March 25, 2013.  Neither party filed objections.

---

[1] Colvin was appointed Acting Commissioner on February 14, 2013.  Pursuant to Federal Rule of Civil Procedure 25(d), Colvin is substituted as Defendant for former Commissioner Michael J. Astrue.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3). The Court reviews de novo any part of the Report and Recommendation to which a proper objection has been made. Fed.R.Civ.P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Systems Corp., 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

Judge Cudmore found the Administrative Law Judge's (ALJ) decision was supported by substantial evidence. Judge Cudmore also addressed each of the issues raised by Plaintiff in his memorandum in support of his Motion for Summary Judgment Brief (d/e 11). Judge Cudmore found that: (1) the ALJ's decision not to consider Listing 1.04 was supported by substantial evidence; (2) the Residual Functional Capacity finding was supported by the substantial evidence, including the

opinions of Dr. Vittal Chapa, M.D. and Dr. Towfig Arjmand, M.D.; and (3) the ALJ gave sufficient reasons for discounting the opinion of the treating physician, Dr. Lydia Villafuerte, M.D. and the ALJ's decision was consistent with Dr. Chapa's report.

After reviewing the record, the Report and Recommendation, the parties' Motions and memoranda, as well as the applicable law, this Court finds no clear error.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 14) is ADOPTED in its entirety.

(2) Defendant's Motion for Summary Affirmance (d/e 12) is GRANTED and Plaintiff's Motion for Summary Judgment (d/e 10) DENIED.  THIS CASE IS CLOSED.

ENTER: March 28, 2013

FOR THE COURT:

s/ Sue E. Myerscough<br>SUE E. MYERSCOUGH<br>UNITED STATES DISTRICT JUDGE